UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br><br>                   Petitioner,<br><br>                v.<br><br>W.L. MONTGOMERY,<br><br>                  Respondent. | Case No. 8:17-00325 JVS (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated February 5, 2020 [Dkt. No. 52], and Petitioner's Objections to Report and Recommendation [Dkt. No. 58].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

      Accordingly, IT IS HEREBY ORDERED:

      1.      The United States Magistrate Judge's Report and Recommendation [Dkt.

1        No. 52] is accepted;

2    2.    The First Amended Petition is dismissed with prejudice; and

3    3.    Judgment is to be entered accordingly.

DATED: May 26, 2020

_____
THE HONORABLE JAMES V. SELNA
United States District Judge