JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE, | Case No. 8:17-00325 JVS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: May 26, 2020

_____
THE HONORABLE JAMES V. SELNA
United States District Judge